Henry Reynolds
P.O. Box 7443
Santa Monica, CA  90406
Tel: (310) 393-7052
Fax: (815) 550-2266
Email: henryfreynolds@gmail.com
CA Bar No. 158709

Attorney for Plaintiff
LARRY SCHWARZ

# United States District Court
## Eastern District of California
### Sacramento Division

| | |
|---|---|
| LARRY SCHWARZ ) | |
| ) | Case No.: 2:08-cv-2907-CMK |
| Plaintiff, ) | |
| vs. ) | |
| ) | ORDER RE STIPULATION TO |
| MICHAEL J. ASTRUE ) | EXTEND TIME |
| Commissioner of Social Security ) | |
| ) | |
| Defendant. ) | |

STIPULATION TO EXTEND TIME IS HEREBY ORDERED. PLAINTIFF SHALL HAVE UNTIL AND INCLUDING AUGUST 23, 2009 IN WHICH TO FILE HIS MOTION FOR SUMMARY JUDGMENT.

Dated:  July 20, 2009

_____

**CRAIG M. KELLISON**

UNITED STATES MAGISTRATE JUDGE

1