```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  LUCILLE GONZALES MEIS
    Regional Chief Counsel, Region IX
 3  Social Security Administration
    LEO R. MONTENEGRO
 4  Special Assistant U.S. Attorney
    333 Market Street, Suite 1500
 5  San Francisco, CA 94105
    Telephone: (415) 977-8943
 6  Fax: (415) 744-0134

 7  Attorneys for Respondent
```

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY SCHWARZ,<br>　　　　Plaintiff,<br><br>　　vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br>　　　　Defendant. | Case No. 2:08-cv-02907-CMK<br><br>STIPULATION AND ORDER |

The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that the respondent Commissioner of Social Security shall have a **FIRST** extension of time of 30 days to respond to Plaintiff's motion for summary judgment [Docket No. 16]. The undersigned Assistant Regional Counsel had been serving an extended term as an acting supervisor in light of recent departures of multiple attorneys from that office. The original due date was September 20, 2009. The new due date will be October 20, 2009.

　　The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Stip & Proposed Order Re Ext of D's Time, 2:08-cv-02907-CMK　　　　　　Page 1

DATE:   10/5/09              /s/ Henry Reynolds (as authorized
                             by e-mail October 5, 2009)
                             HENRY REYNOLDS
                             Attorney at Law

                             Attorney for Plaintiff

DATE:   10/5/09              LAWRENCE G. BROWN
                             Acting United States Attorney
                             LUCILLE GONZALES MEIS
                             Regional Chief Counsel, Region IX

                         By: /s/ Leo R. Montenegro
                             LEO R. MONTENEGRO
                             Special Assistant U.S. Attorney

                             Attorneys for Defendant




                             ORDER

     APPROVED AND SO ORDERED.



 DATED:  October 9, 2009

                             _____
                             **CRAIG M. KELLISON**
                             UNITED STATES MAGISTRATE JUDGE